## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN OWENS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BIOLIFE ENERGY SYSTEMS SOLUTIONS INC.,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-07908-LLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Melvin Owens, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant without prejudice.

Dated:  February 5, 2021　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Yitzchak Kopel

　　　　　　　　　　　　　　　　　　　　Yitzchak Kopel
　　　　　　　　　　　　　　　　　　　　Alec M. Leslie
　　　　　　　　　　　　　　　　　　　　Max S. Roberts
　　　　　　　　　　　　　　　　　　　　888 Seventh Avenue, Third Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　Telephone: (646) 837-7150
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 989-9163
　　　　　　　　　　　　　　　　　　　　E-Mail:  ykopel@bursor.com
　　　　　　　　　　　　　　　　　　　　　　　　aleslie@bursor.com
　　　　　　　　　　　　　　　　　　　　　　　　mroberts@bursor.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*